IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3166 |
| | ) | |
| v. | ) | |
| | ) | |
| YESENIA SANCHEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant has filed a motion to file motion to suppress out
of time, filing 24, to which plaintiff objects.  Filing 27.

Having considered the motion and objection,


IT IS ORDERED:

The objection is overruled and defendant's motion to file
motion to suppress out of time, filing 24, is granted.


DATED this 31st day of January, 2008.


BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge