```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3166 |
| | ) | |
| v. | ) | |
| | ) | |
| YESENIA SANCHEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's unopposed motion to continue, filing 31, is granted in part and the evidentiary hearing that was set for February 13 is continued to February 28, 2008 at 9:00 a.m. to be held jointly with the hearing in <u>United States v. Agustin Morales-Mata</u>, 4:07cr3164.

Defendant shall be present for the hearing.

DATED this 7th day of February, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge