IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3166 |
| | ) | |
| V. | ) | |
| | ) | |
| YESENIA SANCHEZ, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has filed an unopposed motion to continue the deadline for filing objections to the magistrate judge's report and recommendation on defendant's motion to suppress. Filing No. 41. Pursuant to Nebraska Criminal Rule 57.3(a),

IT IS ORDERED:

1) The defendant's motion for an extension of the deadline for filing his "Statement of Objection to Magistrate Judge's Recommendation," (filing no. 41), is granted.

2) The defendant's statement of objections shall be filed within ten (10) business days after the filing of the unredacted transcript of the evidentiary hearing conducted on February 28, 2008.

DATED this 7th day of March, 2008.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge