IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:07CR3166 |
|---|---|---|
| Plaintiff, | ) ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| YESENIA SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Because of the enlargement of time recently granted to the defendant to file a statement of objections to the magistrate judge's report and recommendation (see filing 42),

IT IS ORDERED that:

(1) Trial of this case as to Defendant Sanchez is continued to 9:00 a.m., Monday, April 28, 2008, before the undersigned United States district judge, as the number one criminal case, for three days, in Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

(2) The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161.

March 10, 2008.                              BY THE COURT:

                                             s/ *Richard G. Kopf*
                                             United States District Judge