IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:07CR3166 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| YESENIA SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Sanchez and the Bureau of Prisons counselor could not be reached on September 14, 2009 for the defendant's telephonic Rule 35 hearing. Therefore, the hearing will be rescheduled.

IT IS ORDERED that:

(1) The hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 101) has been reset before the undersigned United States district judge to Tuesday, September 29, 2009, at 2:00 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3) At the request of the defendant through her counsel, the defendant will participate in the hearing by telephone.

(4) The Marshal is directed not to return the defendant to the district.

(5) The defendant is held to have waived her right to be present.

Dated September 17, 2009.

BY THE COURT:
*Richard G. Kopf*
United States District Judge